IN THE SUPREME COURT OF THE STATE OF NEVADA

TARIK GOICECHEA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MICHELLE LEAVITT, DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81467

FILED

JUL 2 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This emergency petition for a writ of mandamus challenges the district court's refusal to disallow real party in interest from presenting a previously dismissed racketeering charge and several new charges against petitioner to the grand jury upon it reconvening under NRS 172.241(5). As directed, real party in interest timely filed an answer.

Having reviewed the petition, answer, and supporting documentation, we conclude that our extraordinary intervention is not warranted at this time. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition).

20-26422

Petitioner has not demonstrated a clear right to the relief requested, *see Gumm v. Nevada Dep't of Educ.*, 121 Nev. 371, 375, 113 P.3d 853, 856 (2005), and should the grand jury return a true bill, petitioner may raise his challenges through appropriate means at that time. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. Michelle Leavitt, District Judge
        The Law Office of Kristina Wildeveld & Associates
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[1]In light of this order, real party in interest's motion to transmit the video recording of the district court's July 10, 2020, hearing is denied as moot.